# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ANDREW HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-143 |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Because this is the same case as *Hall v. State of Georgia*, CV410-166, doc. 6 at 4 (S.D. Ga. Aug. 23, 2010) (Report and Recommendation advising dismissal with prejudice), it should be **DISMISSED** as duplicative.

**SO REPORTED AND RECOMMENDED** this  1st  day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA