IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDREW J. HALL, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV410-143
 )
STATE OF GEORGIA, )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED** as duplicative.[1] Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 1st day of October 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed an identical action in Hall v. State of Georgia, 4:10-cv-166 (S.D. Ga. July 26, 2010).